Daniel K. Brough (Utah Bar No. 10283)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
Email: dbrough@btjd.com

*Attorneys for Defendant CR Solar, LLC*

---

### THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>EMPIRE SOLAR GROUP, LLC,<br><br>    Debtor.<br>─────────────────────────<br>STEVEN R. BAILEY, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>CR SOLAR, LLC, a Utah limited liability company,<br><br>    Defendant. | **CERTIFICATE OF SERVICE**<br><br>**(Defendant's Rule 26(a)(1) Initial Disclosures)**<br><br>Bankruptcy Case No. 21-23636<br><br>Adversary Case No. 23-02078<br><br>Honorable Joel T. Marker |

The undersigned certifies that on the 15th day of November, 2023, Defendant CR Solar, LLC served **DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES** via email upon the following:

Michael R. Johnson
David H. Leigh
Elaine A. Monson
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
Salt Lake City, UT 84111
mjohnson@rqn.com
dleigh@rqn.com
emonson@rqn.com

DATED this 11th day of December, 2023.

BENNETT TUELLER JOHNSON & DEERE

/s/ Daniel K. Brough
Daniel K. Brough

*Attorneys for Defendant CR Solar, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 11th day of December, 2023, I caused this **CERTIFICATE OF SERVICE (Defendant's Rule 26(a)(1) Initial Disclosures)** to be filed utilizing the Court's CM/ECF service, which filing delivered immediate electronic notice of the same to the following:

Michael R. Johnson
David H. Leigh
Elaine A. Monson
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
Salt Lake City, UT 84111
mjohnson@rqn.com
dleigh@rqn.com
emonson@rqn.com

/s/ Holly Van Leeuwen